PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:07CR00221-01 AWI** |
| ) | |
| **RODOLFO MALLARI PAGSANJAN** ) | |

On March 30, 2009, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**

Dated:      December 08, 2011
             Visalia, California
             Yv

**REVIEWED BY:**     /s/Thomas Burgess
                       **THOMAS A. BURGESS**
                       **Supervising United States Probation Officer**

Re:   **RODOLFO MALLARI PAGSANJAN**
      **Docket Number:   1:07CR00221-01 OWW**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation
cc:   United States Attorney's Office

IT IS SO ORDERED.

Dated:   <u>December 22, 2011</u>                              _____
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG