PROB 35     **ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:07CR00221-02 |
| ) | |
| MASOUD MIRHADI ) | |
| ) | |

On April 27, 2009, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Leighann L. Milford

**LEIGHANN L. MILFORD
Senior United States Probation Officer**

Dated:     January 20, 2012
              Fresno, California
              llm/car

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                          **HUBERT J. ALVAREZ
                          Supervising United States Probation Officer**

Re: **MIRHADI, Masoud**
   **Docket Number: 1:07CR00221-02**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Attachment: Recommendation
cc: United States Attorney's Office
   FLU Unit, AUSA's Office
   Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

Dated:   January 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE